

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

June 8, 1939

Hon. Charley Lockhart
State Treasurer
Austin, Texas

Dear Sir:

Opinion No. O-930
Re: Authority of Chief Clerk to State
Treasurer to act as Treasurer in
the absence of his superior officer.

By your letter of June 1, 1939, you request the
opinion of this Department upon the question as to whether
or not, in the absence of the State Treasurer, the Chief
Clerk of that Department has authority to sign his own
name, with the words "Acting State Treasurer" following
his name to State of Texas Treasury Certificates to be
issued to the Republic National Bank of Dallas, covering
Old Age Assistance Warrants submitted to the Treasurer.

The office of State Treasurer is an elective
constitutional office; however, the authority and duty
of the State Treasurer are not prescribed by the Consti-
tution, but Section 23 of Article 4 of the Constitution
of the State of Texas merely states that such Officer shall
"perform such duties as are or may be required of him by
law."

Article 4376 of the Revised Civil Statutes of
Texas provides as follows:

"Whenever the Treasurer, from sickness,
unavoidable absence, or other cause, is not
able to act, the Chief Clerk shall sign his
own name as "Acting Treasurer" and do such other
acts and things as the State Treasurer himself
might legally do. The legal acts and signatures
of such Chief Clerk as Acting Treasurer, shall
be as valid as the acts and signatures of the
Treasurer himself."

The authority of the Chief Clerk to act in the
place and stead of the State Treasurer, upon the happening
of the prescribed conditions, therefore, exists by virtue
of the above statute. There is involved no unconstitutional



delegation or deprivation of authority, for the authority of the Treasurer and the duties imposed upon him are not derived from the Constitution, but from the Legislature. The authority having been vested in the Legislature to prescribe the duties to attach to the office of State Treasurer, there is nothing to prohibit the Legislature from authorizing, as it has in this act, the performance of those duties by the Chief Clerk to the Treasurer, as Acting Treasurer, under the prescribed conditions contained in the statute itself. Pfeffer vs. Mahnke, et al (Comm. of Appeals, Sec. B; Opinion adopted by the Supreme Court), 260 S. W. 1031.

You are, therefore, advised that, in the absence of the State Treasurer, the Chief Clerk to the Treasurer has authority to sign his own name with the words "Acting State Treasurer" following his name, to the State of Texas Treasury Certificates to be issued to the Republic National Bank of Dallas, Texas, covering Old Age Assistance Warrants submitted to the State Treasurer.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *R. W. Fairchild*

R. W. Fairchild
Assistant

RWF:PBP

APPROVED:

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY